No. 648, October Term, 1951. BRADLEY MINING CO. *v.* BOICE. On petition for rehearing. *Per Curiam:* The petition for rehearing is granted. The order entered May 5, 1952, denying certiorari, 343 U. S. 941, is vacated and the petition for writ of certiorari is granted. The order of the division of the Court of Appeals denying petition for rehearing *en banc* is vacated and the case is remanded to the Court of Appeals for further proceedings in the light of *Western Pacific Railroad Corp.* v. *Western Pacific Railroad Co.,* 345 U. S. 247, decided April 6, 1953. *John Parks Davis, Oscar W. Worthwine* and *Arthur B. Dunne* for petitioner. *William H. Langroise* for respondent.

No. 266. WILLIAM H. BANKS WAREHOUSES, INC. ET AL. *v.* WATT ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The order of the division of the Court of Appeals denying petition for rehearing *en banc* is vacated and the case is remanded to the Court of Appeals for further proceedings in the light of *Western Pacific Railroad Corp.* v. *Western Pacific Railroad Co.,* 345 U. S. 247, decided April 6, 1953. *L. Duncan Lloyd* for petitioners. *Clifford E. Fix* for respondents.